UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADIRA HERNANDEZ, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PARKER HANNIFIN CORPORATION, a Foreign Corporation, and DOES 1 through 25, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:21-cv-00808-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 28.] |

On June 30, 2022, Plaintiff Yadira Hernandez and Defendant Parker Hannifin Corporation filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 28.) For good cause shown, the Court grants the joint motion to dismiss. The Court dismisses the action in its entirety with prejudice. Each party shall bear their own respective attorneys' fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: July 5, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT